**Michael IDROGO, Plaintiff,**

v.

**Anthony FOXX, et al., Defendants.**

**Civil Action No. 13–1662**

United States District Court,
District of Columbia.

October 18, 2013

Filed October 25, 2013

Michael Idrogo, San Antonio, TX, pro se.

### MEMORANDUM OPINION

KETANJI BROWN JACKSON, United States District Judge

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

■ *Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch,* 656 F.Supp. 237, 239 (D.D.C.1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ.

P. 8(a); *see Ashcroft v. Iqbal,* 556 U.S. 662, 129 S.Ct. 1937, 1950, 173 L.Ed.2d 868 (2009); *Ciralsky v. CIA,* 355 F.3d 661, 668–71 (D.C.Cir.2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C.1977).

■ Plaintiff is a Texas resident. He purports to sue U.S. Transportation Secretary Anthony Foxx, certain members of Congress, and other individuals. *See* Compl. Caption. The cryptic statements comprising the complaint provide no notice of claim or a basis for federal court jurisdiction and, thus, fail to comply with Rule 8(a). A separate Order of dismissal accompanies this Memorandum Opinion.